IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JENNIFER BLEVINS,**

    Plaintiff,

v.

**KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST**, and **KAISER FOUNDATION HOSPITALS,**

    Defendants.

No. 3:18-cv-01079-MO

ORDER OF REMAND

**MOSMAN, J.,**

Oral Argument was held on October 24, 2018, to resolve Plaintiff's Motion to Remand to State Court [9]. For the reasons stated on the record, IT IS HEREBY ORDERED that this action be remanded to the Multnomah County Circuit Court.

DATED this ____ day of October, 2018.

                                            MICHAEL W. MOSMAN  
                                            Chief United States District Judge

1 – ORDER OF REMAND